IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

EDUCATIONAL CREDIT MANAGEMENT )
CORPORATION, )
)
    Plaintiff, )
)
v. ) CASE NO. CV407-38
)
ELECTRONIC SERVICES, )
)
    Defendant. )
)

## O R D E R

The parties are advised that the Court has scheduled an evidentiary hearing in this case at **10:00 a.m.** on **Friday, October 19, 2007** in the third floor courtroom of the Federal Courthouse in Savannah, Georgia.

Federal Rule of Civil Procedure 55 provides that, before entering a judgment of default, a district court "may conduct such hearings or order such references as it deems necessary and proper . . . ." Fed. R. Civ. P. 55(b)(2). "[S]uch hearings are required in all but 'limited circumstances,' as when . . . any additional evidence would be truly unnecessary to a fully informed determination of damages." S.E.C. v. Smyth, 420 F.3d 1225, 1232 n.13 (11th Cir. 2005). If a hearing is necessary to determine "the amount of damages the defaulting Defendant

must pay, those proceedings must be conducted before the judgment is entered." Id. at 1231-32.

Accordingly, the Court will conduct an evidentiary hearing at the above-mentioned time and place in order to determine an accurate measure of damages before entering a judgment of default. Plaintiff will be afforded a total of fifteen minutes to present evidence of damages and Defendant will be afforded a total of fifteen minutes to respond.

SO ORDERED this 3rd day of October, 2007.

WILLIAM T. MOORE, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA